AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

| | |
|---|---|
| Ulises Jr. Balbin <br><br> *Plaintiff(s)* <br><br> v. <br><br> Southside Towing Recovery, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  26-CV-22131 SMITH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southerside Towing Recovery, LLC via its registered agent
ROGELIO MARIN
8210 NW 64TH ST
Miami, FL 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shedwin Eliassin, Esq.
Fla. Bar No.: 1060990
Gallardo Law Office PA
8492 SW 8th Street
Miami, FL 33144
(305) 261-7000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 30, 2026

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court